UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAEWEATHERS MARSHALL, | No. 2:17-cv-1272 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. ABERNATHY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this action filed under 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). See ECF No. 8.

By order filed September 9, 2017, this court granted plaintiff's request to proceed in forma pauperis and dismissed the complaint with leave to file an amended complaint within thirty days. See ECF No. 9. The court informed plaintiff of the deficiencies in his complaint and the requirements for stating potentially cognizable claims in an amended complaint. Id. Plaintiff was informed that failure to timely file an amended complaint would result in the dismissal of this action without prejudice. Id.

The time for filing an amended complaint has expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice, Rule 41(b), Federal Rules of Civil Procedure; and

2. The Clerk of Court is directed to close this case.

DATED: November 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE